DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DOUGLAS DAWSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1597

_____

June 12, 2026

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


MORRIS, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.